# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MARTY MOSS, II, | ) |
| Petitioner, | ) |
| v. | ) No. 4:17-CV-2251 NAB |
| CINDY GRIFFITH, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

Petitioner moves for leave to proceed in forma pauperis. Upon review of the financial information, the Court has determined that petitioner is unable to pay the filing fee. *See* 28 U.S.C. § 1915. The motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED p**etitioner's motion for leave to proceed in forma pauperis [Doc. #3] is **GRANTED**.

Dated this 23rd day of August, 2017.

/s/Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE